APPOMATTOX R. CO., (POWHATTAN STEAMBOAT CO. v.) See Case No. 11,-363.

---

## Case No. 500.

### The AQUILA.

District Court, S. D. Florida. April 11, 1871.

SALVAGE—AMOUNT OF AWARD.

[Cited in Buckley v. The William M. Jones, Case No. 2,095, and in Baker v. The Slobodna, 35 Fed. 543, as having awarded the salvors of a portion of the cargo of sugar of the Spanish bark Aquila 27 per cent. on the sugar saved dry, 42 per cent. on that wet and damaged, and 50 per cent. on the materials.]

[Note. Nowhere reported; opinion not now accessible. 10 Adm. Rec. 26, only contains the decree.]